# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA YIELD OPERATIONS, INC., a Delaware Corporation, and AQUA-YIELD OPERATIONS, LLC, a Utah Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>KAP ORGANIC AGRO, LLC, a California Limited Liability Company,<br><br>Defendant. | **[Proposed] ORDER GRANTING STIPULATED MOTION TO EXTEND SERVICE DEADLINE**<br><br>Case No. 3:25-cv-05951-LJC<br><br>Magistrate Judge Lisa J. Cisneros |

WHEREAS, this matter having come before the Court on Stipulated Motion by the Parties, and the Court being fully advised of the facts;

IT IS HEREBY ORDERED that the time for Plaintiffs Aqua Yield Operations, Inc. and Aqua-Yield Operations, LLC to serve the Complaint on Defendant KAP Organic Agro, LLC is extended for 30 days from October 13, 2025, to November 12, 2025.

IT IS SO ORDERED.

DATED this __8__ October 2025.

_____
Magistrate Judge Lisa J. Cisneros
United States District Court for the Northern
District California