# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA YIELD OPERATIONS, INC., a Delaware Corporation, and AQUA-YIELD OPERATIONS, LLC, a Utah Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>KAP ORGANIC AGRO, LLC, a California Limited Liability Company,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND SERVICE DEADLINE**<br><br>Case No. 3:25-cv-05951-LJC<br><br>Magistrate Judge Lisa J. Cisneros |

WHEREAS, this matter having come before the Court on Stipulated Motion by the Parties, and the Court being fully advised of the facts;

IT IS HEREBY ORDERED that the time for Plaintiffs Aqua Yield Operations, Inc. and Aqua-Yield Operations, LLC to serve the Complaint on Defendant KAP Organic Agro, LLC is extended for 60 days from December 12, 2025, to February 10, 2026.

IT IS SO ORDERED.

DATED this __12__ January 2026.

_____
Magistrate Judge Lisa J. Cisneros
United States District Court for the Northern District California